Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-91913 GF  
**Case Name:** CASEY TOOL AND MACHINE CO., INC.  
ICT MEXICO INC. AND CONSOLIDATED TE  
**Period Ending:** 09/30/21

**Trustee:** (330310)   Jeffrey D Richardson  
**Filed (f) or Converted (c):** 11/02/10 (c)  
**§341(a) Meeting Date:** 12/16/10  
**Claims Bar Date:** 03/16/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash at Regions Bank | 4,122.08 | 17,798.62 | | 17,798.62 | FA |
| 2 | Funds held by Marsha Combs-Skinner  (u) | 0.00 | 8,184.35 | | 8,184.35 | FA |
| 3 | Preferences  (u) | 0.00 | 525,000.00 | | 510,872.57 | FA |
| 4 | Refunds  (u) | 0.00 | 24,426.40 | | 24,426.40 | FA |
| 5 | Claim in Jim Yates' bankruptcy | 0.00 | 50,000.00 | | 1,688.99 | FA |
| 6 | 99.97% stock ownership in Ilsung Moolsan Co., LT | Unknown | 200,000.00 | | 0.00 | 200,000.00 |
| 7 | Unclaimed property  (u) | 0.00 | 776.69 | | 776.69 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 17.01 | Unknown |
| 8 | **Assets**   Totals  (Excluding unknown values) | **$4,122.08** | **$826,186.06** | | **$563,764.63** | **$200,000.00** |

**Major Activities Affecting Case Closing:**

11th TIR: My annual report for this case is as follows:  I continue to pursue litigation in North Korea concerning Ilsung Moolsan Company and its appropriation of stock owned by the debtor in that Korean company.  The Korean company is under a contempt order by the court which was served earlier this year in South Korea in accordance with the Geneva Convention, and the defendant is in default.  I will pursue a default judgment against the defendant and anticipate that this case will still be open this time next year.  Please note that I have made a second interim distribution to the creditors and currently have a bank balance of $33,200.00.

9/7/14: Review correspondence from Ronald Peterson and investigate recommended law firm.  
9/12/14: Draft correspondence to attorney Sai Ree Yun pursuant to request from Jenner & Block, LLP requesting indication of interest in assisting us with IlSung matter.  
10/23/14 Review file; prepare annual report.  
10/29/14: (IlSung) Review and respond to email from Korean law firm recommended by Jenner and Block.-AE  
11/6/14: (IlSung) Review estimate from Korean Law Firm.  Discussion of the same with Trustee. AE  
11/20/14: Draft Application to Employ Korean Yulchon law firm pursuant to terms of their engagement letter; letter back to partners at Yulchon re: application drafted

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | | |
|---|---|---|---|---|
| **Case Number:** 08-91913 GF | | **Trustee:** (330310)  Jeffrey D Richardson | | |
| **Case Name:** CASEY TOOL AND MACHINE CO., INC. | | **Filed (f) or Converted (c):** 11/02/10 (c) | | |
| ICT MEXICO INC. AND CONSOLIDATED TE | | **§341(a) Meeting Date:** 12/16/10 | | |
| **Period Ending:** 09/30/21 | | **Claims Bar Date:** 03/16/11 | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

and will be filed; will remain subject to Court approval which typically takes 30 days or so. AE

12/5/14: (IlSung)  Review verified statements of Korean attorneys; amend application to employ AE

12/8/14:  Ilsung:  Make significant changes to Application to Employ South Korean law firm and Notice to Employ them. JDR

1/815:  Ilsung: Review correspondence from South Korean attorney re contempt petition; letter by e-mail to South Korean attorney setting forth my position on the matter; copy to Tim Ruppel. JDR

1/21/15: (IlSung) : Review correspondence and memo from Korean Law firm re: legality of reduction and potential causes of action.  Print and deliver to Trustee. ASE

1/22/15: (IlSung): Respond to Email and memo from Korean Law firm re: findings on legality and granting them authorization to inquire with Ilsung's law firm.  Conference with Trustee. ASE

1/23/15:  Review opinion letter from Korean attorneys re stock dilution.  JDR

1/29/15:  Ilsung: Check status on contempt motion against Ilsung.  JDR

1/29/15: Review amended returns and request for prompt determination from Roger Stone; execute same; letter to accountant, Randall Jannusch with amended K-1 to James Yates and Jim Inghram. JDR

1/30/15: Review correspondence from Shirley Hawkins Tucker and claim which was filed; draft objection to the claim because it is not accurately filled out and claimed secured creditor status; letter to Ms. Hawkins Tucker to hopefully not upset her when she receives the objection. JDR

2/1/15:  Ilsung:  Review correspondence from counsel re: status of matter concerning capital reduction.  JDR

2/2/15: (IlSung): Review email update from Korean law firm. ASE

2/11/15:  Ilsung:  Court hearing in Urbana re Petition for Adjudication of Indirect Civil Contempt; no appearance by respondent; order to show cause issued.  JDR

2/11/15:  Ilsung:  Draft Order to Show Cause with respect to contempt petition against Ilsung Company Limited.  JDR

2/16/15: Letter to Jim Hill enclosing W-2 form for wife who is deceased. JDR

2/16/15  Ilsung:  Further work on Order to Show Cause.  JDR

3/11/15:  Ilsung:  Prepare for Court hearing in Urbana; to Urbana for hearing on Petition for Adjudication of Civil Contempt and Order to Show Cause; return to Decatur. JDR

3/11/15:  Ilsung:  Draft Order holding Ilsung Company Limited in contempt; review and revise same. JDR

3/11/15: (IlSung): email to follow up on request for information about Korean case against Trustee.  Additional email requesting information on whether Ilsung stock is public or private. ASE

4/23/15: (IlSung): Second phone message to Bourey office.  Participate in telephone conf. Motion to Dismiss without Prej. ASE

6/22/15:  Letter to Social Security Administration responding to inquiry about payment to former employee, Barbara Decker.  JDR

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 08-91913 GF | **Trustee:** | (330310) | Jeffrey D Richardson |
|---|---|---|---|---|
| **Case Name:** | CASEY TOOL AND MACHINE CO., INC. | **Filed (f) or Converted (c):** | 11/02/10 (c) | |
| | ICT MEXICO INC. AND CONSOLIDATED TE | **§341(a) Meeting Date:** | 12/16/10 | |
| **Period Ending:** | 09/30/21 | **Claims Bar Date:** | 03/16/11 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

6/22/15: Letter to Social Security Administration responding to inquiry about payment to former employee, Gary Wiman. JDR

6/29/15: Ilsung: Draft Motion to Assess Additional Sanctions Against Ilsung Moolsan Co., Ltd.; file same. JDR

6/29/15: Complete legal research project on enjoining foreign corporation in a foreign lawsuit and sanctions in a US bankruptcy Court; print out supporting case law for Trustee's review. LR

6/30/15: Contempt: Review legal research from Andy and Laura; modify and expand on Motion against Ilsung Moolsan. JDR

6/26/15: Tel. call from Jim Inghram's accountant to answer question concerning Casey Tool's tax returns, K-1s, dates of filing and other information Jim needs to apparently prepare estate tax returns. JDR

6/26/15: New legal research project re: does a foreign creditor submit to the Bankruptcy Court jurisdiction by filing a claim? LR

7/1/15: Ilsung contempt: Review certificate request from Court; prepare certificate of service on notice of hearing for further sanctions; file same. JDR

7/16/15: Letter to Roger Stone enclosing check. JDR

8/12/15: Ilsung: Prepare for hearing in Urbana for additional sanctions; hearing in Urbana. JDR

8/17/15: Draft Order subordinating Ilsung Moolsan claim. JDR

9/2/15: Ilsung: Letter to Cho Woo-Hyun, President of Ilsung Company Limited with copy to Attorney Jeong Chan Seo concerning subordination of claim and sanctions; tickler memo to the file for 30 days. JDR

10/24/15: Review file; prepare annual report. JDR

11/25/15: Draft Order on Second Motion to Pay Attorneys. JDR

12/1/15: (IlSung): Korean Lawsuit Against Casey Tool/Ilsung and Trustee. Review Paperwork rec'd from Korea. Online research and download Goggle translate app on phone. Attempt translation of pleading and summary to Trustee. Currency conversion and stock price as recited in pleadings. Memo to Trustee. Draft demand letter to counsel for IlSung demanding return of all property transferred and cure of sanctions and fines imposed. ASE

12/4/15: (IlSung): Amend letter to Korean firm representing Ilsung with demand to cure or Trustee will seek additional fines; offer to compromise. ASE

5/17/16: Review email from Jim Inghram re: his filing an Objection to my claim (which really doesn't oppose the claim); email to Jim re: same as the amount he has in the estate. JDR

5/18/16: Download and review Objection to Claim No. 9; prepare Entry of Appearance and Request for Notice; letter to Jim Inghram re: Objection and my position on the matter.

6/17/16: Download and review Order entered by Judge Gorman on Jim Inghram's Objection; double check docket re same. JDR

6/17/16: Review text Order by the Clerk on Jim Inghram's Objection which I did not oppose due to the wording of the Objection. JDR

10/22/16: Review file; draft annual report. JDR

Page: 4

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 08-91913 GF | **Trustee:** (330310)   Jeffrey D Richardson |
| **Case Name:** CASEY TOOL AND MACHINE CO., INC. | **Filed (f) or Converted (c):** 11/02/10 (c) |
| ICT MEXICO INC. AND CONSOLIDATED TE | **§341(a) Meeting Date:** 12/16/10 |
| **Period Ending:** 09/30/21 | **Claims Bar Date:** 03/16/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

1/15/17: Ilsung adv, no.       : Research; draft adversary action against Ilsung Ltd. JDR

4/7/17:  Return tel. call to Sandy Nordell at creditor, A. Leggett and Platt Company re status of case.  JDR

10/25/17: Review file; prepare 7th TIR. JDR

7/11/18: Ilsung adv, no. 18-9001: Court hearing in Urbana plus partial travel time. JDR

7/26/18: Ilsung adv, no. 18-9001:  Review file; draft motion for default judgment. JDR

7/27/18: Ilsung adv, no. 18-9001: Review notice of from court; draft default judgment. JDR

9/12/18: Ilsung adv,  no. 18-9001: Hearing in Urbana on status of adversary; partial travel; request Alias Summons from Clerk on Defendant.  JDR

10/31/18: Review file; prepare annual report JDR

11/12/18:  Meeting with staff; go through all of the notes of the claims etc; check on unpaid wages; check on newly filed claims; draft objection to last two claims.  JDR

12/27/18: by the Illinois Department of Revenue; draft  multi-paragraph objection to the administrative claim after review of Secretary of State's website and status on Pacer. JDR

1/25/19: Review correspondence from Bill Katich requesting resolution of Illinois Department of Revenue administration claim; in depth analysis while out of state on the internet as to the status of the claim in Casey Tool and Consolidated Technology; detailed letter to Bill Katich re my position on the matter. JDR

2/13/19: Ilsung adv, no. 18-9001: To Urbana for status hearing; return to Decatur. JDR

2/20/19: Tel. call clerk re interim distribution; further modification of notice of motion. JDR

7/16/19:  Review memo from staff re: state check; look up better address for Cavanagh & O'Hara; letter to Cavanagh & O'Hara; tickler memo to file.  JDR

7/16/19:  Work on assembly of documents for Viking Advocates, LLC.  JDR

7/17/19:  Ilsung adv. no. 18-9001:  To Urbana for status hearing.  JDR

7/19/19:  Review correspondence from Roger Stone re FUTA tax due; apply to open up an account with UTFPS; account open pending receipt of PIN number.  JDR

7/26/19:  Review correspondence from IRS wtih PIN number; complete registration process to make the FUTA payment; payment made.  JDR

9/4/19:  Ilsung adv. 18-9001:  Review all materials on Korean ligitation; lengthy letter to Aaron Lukken to engage his services.  JDR

9/9/19: Review correspondence from Aaron Lukken; tel. call Aaron; draft application to employ and notice of intent to employ. JDR

9/11/19:  Ilsung adv,  no. 18-9001: To Urbana for status conference; partial travel time.  JDR

9/23/19:  Draft Application and Notice of Application to Pay Viking.  JDR

10/31/19: Review file; prepare annual report. JDR

1/3/20: Correspondence to Aaron Lukken on the Il Sung adversary. JDR

1/3/20:  Ilsung adv. 18-9001:  Various calls with Aaron Lukken re revisions to documents which I think need to be translated; e-mail to Aaron.  JDR

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-91913 GF | **Trustee:** (330310) Jeffrey D Richardson |
| **Case Name:** CASEY TOOL AND MACHINE CO., INC. | **Filed (f) or Converted (c):** 11/02/10 (c) |
| ICT MEXICO INC. AND CONSOLIDATED TE | **§341(a) Meeting Date:** 12/16/10 |
| **Period Ending:** 09/30/21 | **Claims Bar Date:** 03/16/11 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

1/7/20: Ilsung adv. 18-9001:  Work on modification of summons; go over District Court Handbook on service of process outside of the United States;  prepare draft of Summons hopefully in compliance.  JDR

1/8/20: Ilsung adv. 18-9001:  Prepare for hearing in Urbana; hearing in Urbana.  JDR

5/10/20: Review returned check from GE Capital Corporation for $26,527.48; online check to locate debtor addressee; letter to Ann Pille, Chicago attorney, with check; Ms. Pille is the attorney who originally filed the claim for the claimant. JDR

6/2/20:  Further work on addresses for claimants; telephone call Bankruptcy Clerk; draft Motion to Deposit Westaff Funds with Bankrutpcy Clerk.  JDR

9/2/20: Ilsung adv. 18-9001:  Tel. court hearing.  JDR

10/6/20: Ilsung adv. 18-9001:  Prepare additional materials needed by APS; letter to Judy Nunn.  JDR

10/7/20: Ilsung adv. 18-9001:  Status conf. with Court.  JDR

10/8/20:  Draft Application to Empoy Civil Action Group dba APS International, Ltd. and all related documents; letter to Judy Nunn re same.  JDR

11/2/20:  Review file; prepare annual report.  JDR

11/2/20: Ilsung adv. 18-9001:  Letter to Judy Nunn at Civil Action Group in Minneapolis requesting an update on the legal review of the documents which I sent.  JDR

11/3/20: Ilsung adv. 18-9001:  Review correspondence from Ann Mickow of APS; finalize and file Application to hire APS.  JDR

11/4/20: Ilsung adv. 18-9001:  Prepare for and participate in status hearing on adversary.  JDR

11/12/20: Run search on Illinois unclaimed property for Casey Tool, ICT Mexico and Consolidated Technology, complete claim request for Casey Tool and ICT Mexico, no apparent unclaimed property for Consolidated Techonology. LR

11/13/20: Print out claims forms from Trustee's email, meeting with Trustee re: pursuing claims given the relatively small amount of funds involved. LR

11/18/20: Ilsung adv. 18-9001:  Review Order from Judge Gorman; letter to Judy Nunn at APS International concerning issuance of special summons.  JDR

11/20/20: Complete Illinois unclaimed property for Casey Tool only, print off Notice of Bankruptcy from PACER, run search on IL SOS for corp. standing, print off form showing corp. involuntary dissolution; have Trustee sign and notarize. LR

12/18/20:  Online research for different address for representatives to reissue checks to.  JDR

1/5/21: Ilsung adv. 18-9001:  Correspondence to and from Judy Nunn at APS; assemble and forward packet for service in Korea.  JDR

1/6/21: Ilsung adv,  no. 18-9001: Review email from Judy Nunn requesting letter of direction on our letterhead for address where the defendant is to be served; respond to same.  JDR

1/19/21: Ilsung adv. 18-9001:  Review correspondence from Linda Fichtner re status of translation and service time line.  JDR

2/25/21: Look up contact information for Michael Etienne @ PNC, call phone #, generic directory answering service that says it is no longer in service; check PACER for claim, print out amended Claim 127-3 that shows payment should be sent to Todd Milenius @ PNC, call # listed on claim to confirm he is in office and able to

# Form 1

Page: 6

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-91913 GF  
**Case Name:** CASEY TOOL AND MACHINE CO., INC.  
ICT MEXICO INC. AND CONSOLIDATED TE  
**Period Ending:** 09/30/21

**Trustee:** (330310)   Jeffrey D Richardson  
**Filed (f) or Converted (c):** 11/02/10 (c)  
**§341(a) Meeting Date:** 12/16/10  
**Claims Bar Date:** 03/16/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

accept check so that we don't have to cancel and reissue again, scan claim and email to Todd Milenius along with notification that we will reissue and mail check tomorrow as he is only in office once a month, but said he could pick up mail with a week's notice. LR

2/26/21: Review follow up email from Todd Milenius and respond to same; draft letter and mail distribution check. LR

7/7/21: Ilsung adv. 18-9001: Review response; draft Status Report for filing in the adversary. JDR

8/16/21: Review request from Sabrina Petesch for an update on the status of the case; draft letter to Sabrina. JDR

9/8/21: Ilsung adv. 18-9001: Review return of summons; upload same; prepare for hearing; short hearing before Judge Gorman on status of case; case continued to October 13th at 10:00 a.m. JDR

10/13/21: Ilsung adv, no. 18-9001: Prepare for hearing before Judge Gorman; hearing conducted; need to file Motion for Default Judgment; case contined to June 14, 2022 at 10:00 AM. JDR

10/27/2: Review file; prepare annual report. JDR

**Initial Projected Date Of Final Report (TFR):** December 31, 2012

**Current Projected Date Of Final Report (TFR):** December 31, 2022